UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MARK ROGERS,

Petitioner,

v.

TIMOTHY FILSON, *et al.*,

Respondents.

Case No. 3:02-cv-00342-GMN-VPC

ORDER

In this habeas corpus action, the Court has granted the petitioner, Mark Rogers, an evidentiary hearing with respect to Ground 5 of Rogers' second amended habeas petition. *See* Order entered November 6, 2017 (ECF No. 215); Order entered November 28, 2017 (ECF No. 217). The evidentiary hearing was scheduled to commence on June 25, 2018. *See* Order entered November 28, 2017 (ECF No. 217).

On March 6, 2018, the Court held a status conference, at which the parties and the Court discussed the possibility of rescheduling the evidentiary hearing to commence on October 22, 2018. *See* Minutes of Proceedings, March 6, 2018 (ECF No. 220). On March 13, 2018, the parties filed a stipulation, agreeing to reschedule the evidentiary hearing to commence on October 22, 2018 (ECF No. 221). Good cause appearing,

**IT IS THEREFORE ORDERED** that the stipulation of the parties filed on March 13, 2018 (ECF No. 221) is **APPROVED**. The schedule for the evidentiary hearing regarding Ground 5 of petitioner's second amended habeas petition is amended as follows. The following schedule will govern the evidentiary hearing:

1

### The Evidentiary Hearing

The evidentiary hearing will commence on October 22, 2018, at 1:00 p.m., in the courtroom of the undersigned United States District Judge.

### First Disclosure of Experts

The parties represent that they have completed their first disclosure of experts.

### Second Disclosure of Experts

The parties will disclose to each other the names of any rebuttal experts by July 17, 2018. Such disclosure will be made by e-mail or other informal means. The parties need not file formal notices.

### Disclosure of Expert Reports

The parties will disclose to each other the reports of their expert witnesses by July 24, 2018. Such disclosure will be made by e-mail or other informal means. The parties need not file the reports.

### Pre-Hearing Briefs

Rogers will submit a pre-hearing brief by August 8, 2018. Respondents will file a responsive pre-hearing brief by August 22, 2018. Rogers may file a reply to respondents' brief by August 29, 2018.

### Witness List and Exhibit List

The parties will file witness lists and exhibit lists no later than September 7, 2018. The parties will file a joint exhibit list, listing the exhibits they agree are admissible. The parties will file separate exhibit lists, listing any exhibits that the parties do not agree are admissible.

### Pre-Hearing Motions

The parties will file any pre-hearing motions by September 14, 2018. The schedule for the briefing of such motions will be pursuant to LR 7-2(b).

### Marking and Submission of Exhibits

The parties are to contact Aaron Blazevich, at 702-464-5421, no less than five calendar days before the evidentiary hearing, to arrange to mark and submit exhibits.

**IT IS FURTHER ORDERED** that the status conference scheduled for March 20, 2018, at 10:30 a.m., is **VACATED**.

DATED THIS 14 day of _____March_____, 2018.

_____
GLORIA M. NAVARRO
CHIEF UNITED STATES DISTRICT JUDGE