UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MARK ROGERS, | Case No. 3:02-cv-00342-GMN-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| TIMOTHY FILSON, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the Court has granted the petitioner, Mark Rogers, an evidentiary hearing with respect to Ground 5 of Rogers' second amended habeas petition. *See* Order entered November 6, 2017 (ECF No. 215); Order entered November 28, 2017 (ECF No. 217). The evidentiary hearing is now scheduled to commence on October 22, 2018, and the Court has approved a schedule for the parties' pre-hearing preparations. *See* Order entered March 14, 2018 (ECF No. 222).

On June 20, 2018, Rogers filed a motion (ECF No. 223) requesting an order of the Court directing the respondents to disclose to him his medical and institutional records held by the Nevada Department of Corrections. Also on June 20, 2018, Rogers filed a separate motion (ECF No. 224) requesting that the Court expedite resolution of the motion for an order for disclosure of his medical and institutional records. In the motion to expedite, Rogers' counsel points out that the parties are due to disclose expert reports on July 24, 2018. *See* Order entered March 14, 2018 (ECF No. 222). Rogers' counsel indicates that Rogers' experts wish to review Rogers' records before completing their

1

reports. The Court, therefore, determines that there is good cause to expedite the resolution of the motion for disclosure of Rogers' medical and institutional records.

**IT IS THEREFORE HEREBY ORDERED** that petitioner's Emergency Motion to Expedite Resolution of Motion (ECF No. 224) is **GRANTED**. Respondents are directed to respond to the motion for disclosure of Rogers' medical and institutional records (ECF No. 223) on or before **Friday, June 29, 2018**. Petitioner will then have three days to reply. *The Court will not look favorably upon any motion to extend this briefing schedule.*

DATED THIS 25 day of _____June_____, 2018.

_____
GLORIA M. NAVARRO,
CHIEF UNITED STATES DISTRICT JUDGE