UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARK ROGERS,<br><br>                   Petitioner,<br>    v.<br><br>TIMOTHY FILSON, *et al.*,<br><br>                  Respondents. | Case No. 3:02-cv-00342-GMN-VPC<br><br>**ORDER** |

In this habeas corpus action, the Court has granted the petitioner, Mark Rogers, an evidentiary hearing with respect to Ground 5 of Rogers' second amended habeas petition. *See* Order entered November 6, 2017 (ECF No. 215); Order entered November 28, 2017 (ECF No. 217). The evidentiary hearing is now scheduled to commence on October 22, 2018, and the Court has approved a schedule for the parties' pre-hearing preparations. *See* Order entered March 14, 2018 (ECF No. 222).

On July 12, 2018, the parties filed a stipulation (ECF No. 229), agreeing to extend two of the deadlines in the schedule for pre-hearing preparations, as follows:

> [The Respondents'] disclosure of Rogers's medical and institutional records [is] extended to Monday, July 16, 2018. Furthermore, it is stipulated that the expert report disclosure deadline for Petitioner's expert, Dr. Ira Pauly, M.D., be extended from July 24, 2018, to July 31, 2018. All remaining deadlines remain as outlined in this Court's March 14, 2018 Scheduling Order. ECF No. 222.

Stipulation (ECF No. 229), p. 1.

1

Good cause appearing,

**IT IS HEREBY ORDERED** that the parties' stipulation, filed on July 12, 2018 (ECF No. 229) is approved.

DATED THIS 17 day of _____July_____, 2018.

_____
GLORIA M. NAVARRO,
CHIEF UNITED STATES DISTRICT JUDGE

2