UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARK ROGERS,

           Petitioner,

v.

TIMOTHY FILSON, *et al.*,

           Respondents.

Case No. 3:02-cv-00342-GMN-VPC

ORDER

In this habeas corpus action, the Court has granted the petitioner, Mark Rogers, an evidentiary hearing, which is set to commence on October 22, 2018, and the Court has approved a schedule for the parties' pre-hearing preparations. *See* Order entered March 14, 2018 (ECF No. 222); Order entered July 17, 2018 (ECF No. 230). The pre-hearing schedule includes deadlines for the parties to file pre-hearing briefing: Rogers is to file a pre-hearing brief by August 8, 2018; Respondents are to file a responsive pre-hearing brief by August 22, 2018; then, Rogers may file a reply to respondents' brief by August 29, 2018. *See* Order entered March 14, 2018 (ECF No. 222).

On August 1, 2018, Rogers filed an Unopposed Motion to File Prehearing Brief in Excess of Page Limit (ECF No. 231). Rogers states that his pre-hearing brief is 34 pages long. Respondents do not oppose the motion.

Good cause appearing, the Court will grant Rogers motion, and will set page limits for the parties' pre-hearing briefs.

1

**IT IS THEREFORE HEREBY ORDERED** that Petitioner's Unopposed Motion to File Prehearing Brief in Excess of Page Limit (ECF No. 231) is **GRANTED.** Petitioner's pre-hearing brief is not to exceed 35 pages; Respondents' responsive pre-hearing brief is not to exceed 35 pages; any reply brief filed by Petitioner is not to exceed 20 pages.

DATED THIS __8__ day of _____August_____, 2018.

_____
GLORIA M. NAVARRO,
CHIEF UNITED STATES DISTRICT JUDGE