UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARK ROGERS,<br><br>Petitioner,<br><br>v.<br><br>TIMOTHY FILSON, et al.,<br><br>Respondents. | Case No. 3:02-cv-00342-GMN-VPC<br><br>**STIPULATION TO EXTEND<br>PRE-HEARING BRIEFING** |

The parties agree to extend three of the deadlines in the schedule for pre-hearing preparations,[1] as follows:

1. On August 9, 2018, Rogers will file a first amended pre-hearing brief not to exceed 35 pages.
2. On August 23, 2018, the State will file a response not to exceed 35 pages.
3. On August 30, 2018, Rogers will file a reply not to exceed 20 pages.

The parties agree to these changes because the Court's order allowing Rogers to file an overlong pre-hearing brief did not appear until after Rogers filed his original pre-hearing brief. Unlike his original brief, his first amended pre-hearing

---

[1] ECF No. 222.

brief has the Court's permission to exceed the 24-page limit. Because Rogers files his first amended pre-hearing brief one day after the original brief's filing, the parties agree to extend the response and reply deadlines by one day.

Dated August 9, 2018.

/s/ Heather Fraley
Assistant Federal Public Defender

Amanda C. Sage
Senior Deputy Attorney General

IT IS ORDERED:

_____
Gloria M. Navarro
Chief United States District Judge

DATED August __10__, 2018