UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MARK ROGERS,

    Petitioner,

v.

WILLIAM GITTERE, et al.[1],

    Respondents.

Case No. 3:02-cv-00342-GMN-VPC

**STIPULATION TO DEPOSE TRIAL COUNSEL ROBERT A. BORK**

The parties agree to depose Mark Rogers' trial counsel, Robert A. Bork. His deposition will occur on September 17, 2018, at 8:00 AM at the Federal Public Defender's Office, 411 E. Bonneville Avenue, Las Vegas, NV 89101. Rogers will bear the costs, including the audiovisual recording costs.

---

[1] Per Fed. R. Civ. P. 25(d), a public officer's "successor is automatically substituted as a party."

The parties agree this deposition will help prepare for the evidentiary hearing scheduled to start on October 22, 2018. The parties do not intend to depose Bork for any improper purpose.

Dated August 22, 2018.

*Heather Fraley*
Assistant Federal Public Defender

*Amanda C. Sage*
Senior Deputy Attorney General

IT IS ORDERED.

_____
Gloria M. Navarro
Chief United States District Judge

DATED August __28__, 2018