UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARK ROGERS,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:02-cv-00342-GMN-WGC

ORDER EXTENDING TIME FOR RESPONDENTS' BRIEF

In this habeas corpus action, the Court held an evidentiary hearing from October 22 to 24, 2018. Following the evidentiary hearing, the petitioner, Mark Rogers, filed his post-hearing brief on December 21, 2018 (ECF No. 278). Respondents were then due to file their post-hearing brief by January 22, 2019. *See* Minutes of Proceedings, October 24, 2018 (ECF No. 272).

On January 22, 2019, Respondents filed a Motion for Enlargement of Time (ECF No. 279), requesting a seven-day extension of time, to January 29, 2019, for their post-hearing brief. Respondents' counsel states that the extension of time is necessary because of time away from her office. Rogers' counsel does not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay and that there is good cause for the requested extension of time.

///
///
///
///

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 279) is **GRANTED**. Respondents will have until and including January 29, 2019, to file their post-hearing brief. Petitioner will then have 14 days to file a reply.

DATED THIS 23 day of _____January_____, 2019.

_____
GLORIA M. NAVARRO,
CHIEF UNITED STATES DISTRICT JUDGE