UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK ROGERS,<br>Petitioner,<br>v.<br>WILLIAM GITTERE, *et al.*,<br>Respondents. | Case No. 3:02-cv-00342-GMN-WGC<br><br>ORDER EXTENDING TIME FOR RESPONDENTS' BRIEF |

In this habeas corpus action, the Court held an evidentiary hearing from October 22 to 24, 2018. Following the evidentiary hearing, the petitioner, Mark Rogers, filed his post-hearing brief on December 21, 2018 (ECF No. 278). Respondents were then due to file their post-hearing brief by January 29, 2019. *See* Minutes of Proceedings, October 24, 2018 (ECF No. 272); Order entered January 23, 2019 (ECF No. 280).

On January 29, 2019, Respondents filed a Motion for Enlargement of Time (ECF No. 281), requesting a one-day extension of time, to January 29, 2019, for their post-hearing brief. Respondents then filed their post-hearing brief on January 30, 2019 (ECF No. 282) as contemplated in the motion for extension of time. Respondents' counsel states that the extension of time was necessary because of time away from her office. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay and that there is good cause for the requested extension of time.

///

///

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 281) is **GRANTED**. Respondents' brief (ECF No. 282) will be treated as timely filed.

DATED THIS 31 day of January, 2019.

_____
GLORIA M. NAVARRO,
CHIEF UNITED STATES DISTRICT JUDGE