Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Heather Fraley
Assistant Federal Public Defender
Texas Bar No. 24050621
Heather_Fraley@fd.org
Randolph M. Fiedler
Assistant Federal Public Defender
Nevada Bar No. 12577
Randolph_Fiedler@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorneys for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Mark Rogers,<br><br>                    Petitioner,<br><br>      v.<br><br>James Dzurenda, *et al.*,<br><br>                    Respondents. | Case No. 3:02-cv-00342-GMN-WGC<br><br>**Stipulated First Extension of Time for Compliance with Sept. 24, 2019 Judgment**<br><br>DEATH PENALTY CASE |

In September of 2019, this Court issued an Amended Judgment in this case, granting in part Mark Roger's Second Amended Petition for Writ of Habeas Corpus. ECF No. 287. The order instructed:

> Respondents shall either (1) within 90 days from the date of the order (ECF No. 286), vacate Petitioner's judgment of conviction and adjudge him not guilty by reason of insanity, and adjust his custody accordingly, consistent with Nevada law, or (2) within 90 days from the date of the order, file a notice of the State's intent to grant Petitioner a new trial and, within 180 days from the date of the order, commence jury selection in the new trial.

*Id.* at 1. However, the judgment also stayed itself "pending the conclusion of any appellate or certiorari review . . . or the expiration of the time for seeking such appellate or certiorari review, whichever occurs later." *Id.* at 2.

The expiration of time for seeking certiorari review occurred on May 16, 2022.[1] Thus, the 90-day window of time in this Court's judgment ends on August 15, 2022. The parties file this stipulation and draft order to extend the time for execution of the judgment by sixty days.

IT IS HEREBY STIPULATED AND AGREED that:

1.  Undersigned counsel for Mark Rogers have twice met and conferred with Pershing County District Attorney R. Bryce Shields regarding this case, once via telephone on June 30, 2022 and once via Zoom on July 22, 2022. The parties have made progress on agreeing to a just result in Mr. Rogers's State proceedings, however, the parties have not been able to complete these conversations and additional time is required.

---

[1] *See Rogers v. Dzurenda*, 25 F.4th 1171 (Feb. 14, 2022); *see also* S. Ct. R. 13.

1

1  2. The parties agreed to ask that this Court extend the deadlines by sixty
2  days so that they may continue these discussions.

4  DATED Aug. 2, 2022.　　　　　　　　　　DATED Aug. 2, 2022.

5  RENE L. VALLADARES　　　　　　　　AARON D. FORD
   Federal Public Defender　　　　　　　　　Attorney General

7  */s/ Heather Fraley*　　　　　　　　　　*/s/ Erica F. Berrett*
   Heather Fraley (Bar No. 24050621)　　　Erica F. Berrett (Bar No. 13826)
8  Assistant Federal Public Defender　　　　Senior Deputy Attorney General
   　　　　　　　　　　　　　　　　　　　555 E. Washington Ave. Ste. 3900
9  */s/ Randolph M. Fiedler*　　　　　　　Las Vegas, Nevada 89101
   Randolph M. Fiedler (Bar No. 12577)　　*Attorney for Respondents*
10 Assistant Federal Public Defender

11 411 E. Bonneville Ave. Ste. 250
   Las Vegas, Nevada 89101
12 *Attorneys for Petitioner*

2

**ORDER**

The parties have submitted a stipulation requesting this Court to extend the deadlines in its September 24, 2019 Order by sixty days. Based on this stipulation and for good cause shown:

**IT IS ORDERED** that the deadlines from this Court's September 24, 2019 Order are vacated.

**IT IS FURTHER ORDERED** that Respondents shall either (1) by October 14, 2022, vacate Petitioner's judgment of conviction and adjudge him not guilty by reason of insanity, and adjust his custody accordingly, consistent with Nevada law, or (2) by October 14, 2022, file a notice of the State's intent to grant Petitioner a new trial and, by December 13, 2022, commence jury selection in the new trial.

Dated this 6 day of August, 2022.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE